**EXHIBIT 1**



# Revised Quotation

Printed: 06/22/2017

## INSURANCE QUOTATION
## For Window World of Baton Rouge, LLC
## Quote Number: 000000680269 - Q2(Renewal of 103 GL 0010436-01)

**COVERAGE:** Commercial General Liability
**COVERAGE FORM:** Occurrence

**LIMITS OF INSURANCE:**

| | |
|---|---|
| $1,000,000 | Each Occurrence Limit |
| $2,000,000 | General Aggregate |
| $2,000,000 | Products Completed Operations Aggregate |
| $1,000,000 | Personal and Advertising Injury Limit |
| $100,000 | Damage To Premises Rented To You |
| Excluded | Medical Payments |
| Deductible: | $10,000 - BI/PD/PI & AI Per Occurrence |
| | Includes Loss Adjustment Expenses & Defense Costs |

**PREMIUM BASIS:**

| Class Code | Description | Exposure | Rating Basis | Rate | Premium |
|---|---|---|---|---|---|
| 52134 | Door or Window Mfg. - other than wood - NOC | $60,000,000 | Gross Sales | $3.03 | $181,791.00 |

**ADDITIONAL COVERAGE:**

| Coverage: | Premium: | Form & Notes: |
|---|---|---|
| Additional Insured | Included | CG2010-0704 ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS-SCHEDULED PERSON OR ORGANIZATION<br>Blanket Wording<br>CG2029-0413 ADDITIONAL INSURED – GRANTOR OF FRANCHISE<br>Applies to: Window World, Inc,<br>Care of Corporate Office |